# IN THE SUPREME COURT OF THE STATE OF NEVADA

BERNARD YOUNG,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70103

**FILED**

MAY 23 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to hold Thomas Michaelides, attorney of record, in contempt for failing to forward a copy of the case file. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se letter filed on April 19, 2016.

16-16085

cc: Hon. Michael Villani, District Judge
Bernard Young
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2